IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FINANCIAL CASUALTY & SURETY, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-0360 |
| | § | |
| KATHERINE PARKER, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On August 5, 2014, the court held a discovery hearing to address Katherine Parker's repeated failures to respond to Financial Casualty & Surety, Inc.'s efforts to schedule her deposition at a convenient time and location. Parker has also failed to comply with two previous court orders: the deadlines contained in the scheduling and docket control order and the court's May 30, 2014 order for Parker to answer the amended complaint and respond to discovery requests by June 27, 2014. After hearing from both parties, the court issues the following order and admonishment:

1. Parker must appear for a deposition at her office on October 27, 2014, at 10:00 a.m.

2. Parker's failure to appear will result in sanctions. An appropriate sanction could include the entry of a default judgment against her.

SIGNED on August 6, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge