United States District Court
Southern District of Texas
**ENTERED**
November 02, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FINANCIAL CASUALTY & SURETY, INC., § § | |
| Plaintiff, § § | |
| VS. § § | CIVIL ACTION NO. H-14-0360 |
| KATHERINE PARKER, § § | |
| Defendant. § | |

## FINAL JUDGMENT

For the reasons stated in the court's Memorandum and Opinion of even date, this action is dismissed with prejudice.  FCS is awarded $43,250 in damages, $24,750 of which were awarded by the court's Memorandum and Order of June 1, 2015, and $18,500 of which are awarded by the court's Memorandum and Opinion of even date.  FCS is entitled to prejudgment interest on the amounts awarded from November 21, 2013.  FCS is also awarded $42,582 in attorney's fees.  FCS is entitled to postjudgment interest on all the amounts awarded, including attorney's fees.

SIGNED on November 2, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge